1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169                                *E-FILED - 2/12/08*
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   CIARAN GERARD O'DONNELL,            )
12                                     )   No. C 08-0349 RMW
              Plaintiff,               )
13                                     )
         v.                            )
14                                     )   **STIPULATED DISMISSAL; AND**
   MICHAEL CHERTOFF, Secretary, et al.,)   **[xxxxxxxxxxxxx]] ORDER**
15                                     )
              Defendants.              )
16                                     )

17      Plaintiff, by and through his attorneys of record, and Defendants, by and through their

18 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

19 above-entitled action without prejudice because the United States Citizenship and Immigration

20 Services agrees to approve Plaintiff's application for naturalization within 30 days of the dismissal

21 of this action, provided Plaintiff does not commit a disqualifying act in the interim.

22      Each of the parties shall bear their own costs and fees.

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C 08-0349 RMW                              1

| | |
|---|---|
| Date: February 7, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: February 7, 2008 | /s/<br>EDWARD R. LITWIN<br>CHRISTINA H. LEE<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 08-0349 RMW                                            2